**IT IS ORDERED as set forth below:**



Date: August 23, 2021

_____

**Paul W. Bonapfel**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: <br><br> **AKBAR BALUBHAI ALI and ANILA S. MAMDANI,** <br><br> Debtors. | **CASE NO. 15-61641-PWB** <br><br> **CHAPTER 7** |
| **ARIF and IRFAN MERCHANT,** <br><br> Plaintiffs, <br><br> v. <br><br> **AKBAR BALUBHAI ALI aka TONY ALI,** <br><br> Defendant. | **ADVERSARY PROCEEDING** <br><br> **NO. 17-05230-PWB** |

**ORDER AND NOTICE OF EVIDENTIARY TRIAL**

Notice is hereby given that trial of this Adversary Proceeding shall be held before the Court on the 26th day of October, 2021, at 10:00 a.m. in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30308.

The parties are directed to serve opposing counsel and to present to Chambers no later than 5:00 p.m. on October 19, 2021: (a) one original and one copy of all marked exhibits they intend to use and, (b) a list of witnesses and any stipulations of fact.

**END OF ORDER**

| Presented by: | Approved by: |
|---|---|
| **JONES AND WALDEN LLC** | **HERBERT C. BROADFOOT II, PC** |
| */s/ Leon S. Jones* | */s/ Herbert C. Broadfoot, II* |
| Leon S. Jones | Herbert C. Broadfoot, II |
| Georgia Bar No. 003980 | Georgia Bar No. 083750 |
| 699 Piedmont Ave NE | Buckhead Centre - Suite 555 |
| Atlanta, Georgia 30308 | 2964 Peachtree Road, NW |
| (404) 564-9300 Telephone | Atlanta, GA 30305 |
| (404) 564-9301 Facsimile | 404-926-0058 |
| ljones@joneswalden.com | bert@hcbroadfootlaw.com |
| Attorney for Defendant | Attorney for Plaintiffs |

**Distribution List:**

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Leon S. Jones
Jones & Walden LLC
699 Piedmont Avenue NE
Atlanta, GA 30308